Others, Constituting the Board of Standards and Appeals, Respondents.— Motion to dismiss appeal granted by 'default, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of the LIBERTY TITLE AND TRUST COMPANY, as Ancillary Executor, etc., of ELEANORE MAYO ELVERSON, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements, payable out of the estate. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of HERBERT E. BLACKMAN, as Ancillary Administrator c. t. a., etc., of JAMES ELVERSON, JR.. Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements, payable out the estate. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of NELLIE FIELD, Respondent, for Payment of the Award Made for Parcels Nos. 30 and 34 on the Damage Map and in the Final Report of the Commissioners of Estimate and Commissioner of Assessment in the Proceeding to Acquire Title to Deleplaine Street, etc., in the Borough of Brooklyn, City of New York. PAULINE S. SPARROW, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of NELLIE FIELD, Respondent, for Payment of the Award Made for Parcels Nos. 155 and 156 on the Damage Map and in the Final Decree of the Supreme Court for Damage and Benefit in the Proceeding to Acquire Title for an Addition to Dyker Beach Park, etc., in the Borough of Brooklyn, City of New York. PAULINE S. SPARROW, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of EUGENE R. HURLEY for a Mandamus Order against THOMAS S. CHESHIRE, as Board of Election of the County of Nassau.— Stay granted and appeal set down for argument for Friday, November thirteenth. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of LAURA MILLER for Payment of Award of Damage Parcels Nos. 726 to 728, Inclusive, in the Proceeding Entitled: " New York Supreme Court, Second Department. In the Matter of Acquiring Title by the CITY OF NEW YORK to a Public Beach Extending from Jacob Riis Park to the Westerly Line of Beach 25th Street, in the Borough of Queens, City of New York." THE NATIONAL SAFETY BANK AND TRUST COMPANY OF NEW YORK, Appellant; LAURA MILLER and FANNIE KAPLAN, Respondents.— Motion for stay granted. Interest to stop by stipulation. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of MOREWOOD REALTY HOLDING COMPANY, Appellant, for a Peremptory Order of Mandamus against CHARLES H. SCHMIDT,